# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

October 5, 2020

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Raul Gastesi, Jr.
Gastesi Lopez & Mestre, P.L.L.C
8105 NW 155 ST
Miami Lakes, FL  33016

Re:  In Re Robert Sarhan, et ux.
No. 19-1287

Dear Mr. Gastesi:

The Court today entered the following order in the above-entitled case:

The petition for a writ of mandamus and/or prohibition is denied.

Sincerely,

Scott S. Harris, Clerk