UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-22588-GAYLES/OTAZO-REYES

**ROBERT SARHAN and
ANABELLA SOURY a/k/a
ANABELLA SARHAN**,

    Plaintiffs,

v.

**H&H INVESTORS, INC.,
a Florida Corporation**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 31] on Defendant H&H Investors, Inc.'s Bill of Costs ("Bill of Costs") [ECF No. 17] and Motion for Attorney's Fees and Double Costs Pursuant to Appellate Order ("Motion for Fees and Costs") [ECF No. 18]. This matter was referred to Judge Otazo-Reyes pursuant to 28 U.S.C. § 636(b)(1)(B) for a report and recommendation on these Motions. [ECF Nos. 28, 29]. On June 16, 2020, Judge Otazo-Reyes issued her Report recommending that Defendant's Motion for Fees and Costs be granted. [ECF No. 31]. Plaintiffs timely filed objections to the Report. [ECF No. 35].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Having conducted a *de novo* review of the record, the Court agrees with Magistrate Judge Otazo-Reyes's well-reasoned analysis and conclusion that the Motion for Fees and Costs should be granted.

For the first time in its objection, Plaintiffs argue that the Motion for Fees and Costs is not sufficiently verified as it does not comply with 28 U.S.C. § 1746 and Florida Statute § 92.525 and that the hearing transcripts used to support the Bill of Costs "dehors the record." Since Plaintiffs didn't raise either argument before Judge Otazo-Reyes issued her Report, they are prohibited from doing so now as the issue was not properly preserved. *See Williams v. McNeil*, 557 F.3d 1287 (11th Cir. 2009) (finding that a district court has discretion to decline to consider a party's argument that was not presented to the magistrate judge but rather raised for the first time in the party's objections to the magistrate judge's report and recommendation). Thus, the Motion for Fees and Costs is granted.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** that:

1. Judge Otazo-Reyes's Report and Recommendation, [ECF No. 31], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

2. Defendant's Motion for Attorney's Fees and Double Costs Pursuant to Appellate Order, [ECF No. 18], is **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of November, 2020.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE